# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150702 & (54)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

LAWRENCE VIRGIL WAGNER,
Defendant-Appellant.

SC: 150702
COA: 316316
Wayne CC: 13-000550-FH

_____/

On order of the Court, the application for leave to appeal the October 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for a new trial or to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2015


Clerk

s0603